UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| BRITTANY SHANELL JONES, | ) | Case No. 2:20-cv-05055-GJS |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** JUDGMENT |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: February 24, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-