UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SHANTELL JONES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social ) <br> Security ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:20-CV-05055 GJS <br><br> [~~PROPOSED~~] ORDER <br> EAJA |

   IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of TWO THOUSAND NINE HUNDRED FORTY DOLLARS AND 00/100 ($2.940.00 as authorized by 28 U.S.C. 2412(d) and subject to the terms of the above-referenced Stipulation.

DATED: April 13, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1